# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 21-7597**

---

DAVID RODRIGUEZ,

    Petitioner - Appellant,

  v.

STEVIE KNIGHT, Warden,

    Respondent - Appellee,

  and

MELISSA FORSYTH, Camp Administrator,

    Respondent.

---

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Henry M. Herlong, Jr., Senior District Judge. (9:21-cv-00305-HMH)

---

Submitted: April 26, 2022          Decided: April 29, 2022

---

Before AGEE and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David Rodriguez, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Federal prisoner David Rodriguez appeals the district court's order accepting the magistrate judge's recommendation to grant Respondent summary judgment and dismiss Rodriguez's 28 U.S.C. § 2241 petition. Review of the record confirms the district court's holding that Rodriguez failed to exhaust his administrative remedies before filing his § 2241 petition. Accordingly, we affirm the district court's dismissal order. *Rodriguez v. Knight*, No. 9:21-cv-00305-HMH (D.S.C. Sept. 28, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*